Attachment A

IN THE UNITED STATES DISTRICT COURT

**FILED**

FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

NOV 2 7 2019

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

Michael Ray Fortune

*Your full name*

v.

FBOP and Warden
Hudgins Dr. Anderson
P.A. Wilson

*Enter above the full name of defendant(s) in this action*

**FEDERAL CIVIL RIGHTS**
**COMPLAINT**
(*BIVENS* ACTION)

Civil Action No.: 5:19 CV 319
*(To be assigned by the Clerk of Court)*

Bailey
Mazzone
Blalock

I.     JURISDICTION

This is a civil action brought pursuant to **Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)**. The Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

II.    PARTIES

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

A.     Name of Plaintiff: Michael R. Fortune   Inmate No.: 11027-088
       Address: FCI Gilmer camp P.O. Box 6000
                Glenville, WV 26351

*In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided.*

Attachment A

B.    Name of Defendant: __Hudgins__

Position: __Wardon__

Place of Employment: __FCI Gilmer__

Address: __Gilmer Camp P.O. Box 6000 Glenville,__
__WV 26351__

Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?    ☑ Yes         ☐ No

If your answer is "YES," briefly explain: __mr. Hudgins__
__is the warden of the prison and he's the boss.__

B.1    Name of Defendant: __Dr. Anderson__

Position: __Doctor at medical services__

Place of Employment: __FCI Gilmer__

Address: __Gilmer Camp P.O. Box 6000 Glenville,__
__WV 26351__

Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?    ☑ Yes         ☐ No

If your answer is "YES," briefly explain: __Dr Anderson Knew__
__i had a bottom bunk pass, and he also Know__
__about all of my Injuries and i ask him to move__
__me from the top bunk to a bottom bunk but he__
__never did.__

B.2    Name of Defendant: __mrs. Wilson__

Position: __Physicians Assistant__

Place of Employment: __FCI Gilmer__

Address: __Gilmer camp P.O. Box 6000 Glenville,__
__WV 26351__

Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?    ☑ Yes         ☐ No

Attachment A

If your answer is "YES," briefly explain: mrs wilson Knew
i was supose to be on a bottom bunk also.

B.3    Name of Defendant: Brebmur
Position: Nurse at medical services
Place of Employment: FCI Gilmer
Address: Gilmer Camp P.O. Box 6000 Glenville,
WV 26351

Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?    ☑ Yes        ☐ No

If your answer is "YES," briefly explain: I told mr. Brebmur
i was on a top bunk and needed moved to the bottom
because i had a bottom bunk pass but he did nothing
and after i fell and comeback from the hospital
i was put back on the top bunk for another 6 days
before being moved to the bottom

B.4    Name of Defendant: _____
Position: _____
Place of Employment: _____
Address: _____

Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?    ☐ Yes        ☐ No

If your answer is "YES," briefly explain: _____

Attachment A

B.5   Name of Defendant: _____
       Position: _____
       Place of Employment: _____
       Address: _____

       _____

       Was this Defendant acting under the authority or color of federal state
       law at the time these claims occurred?     □ Yes          □ No

       If your answer is "YES," briefly explain: _____

       _____
       _____
       _____
       _____

III.   PLACE OF PRESENT CONFINEMENT

Name of Prison/ Institution: FCI Gilmer Camp

A.   Is this where the events concerning your complaint took place?
       ☑ Yes     □ No

       If you answered "NO," where did the events occur?

       _____

B.   Is there a prisoner grievance procedure in the institution
       where the events occurred?     ☑ Yes     □ No

C.   Did you file a grievance concerning the facts relating to this complaint in the
       prisoner grievance procedure?
       □ Yes     ☑ No

D.   If your answer is "NO," explain why not: my getting injured
       just happened on Aug. 17th 2019 and i'm in the process
       of filing grievances but it takes time to complete
       all of them.

E.   If your answer is "YES," identify the administrative grievance procedure
       number(s) in which the claims raised in this complaint were addressed

Attachment A

and state the result at level one, level two, and level three. **ATTACH GRIEVANCES AND RESPONSES:**

LEVEL 1 _____

LEVEL 2 _____

LEVEL 3 _____


IV.   PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES

    A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?          ☐ Yes          ☐ No

    B.   If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

       1.   Parties to this previous lawsuit:

           Plaintiff(s): Michael Ray Fortuna

           Defendant(s): FBOP, mr. Hendrix, mrs Hoffman, mrs Shafer, mrs Kregan, mrs corbin.

       2.   Court: U.S. District Court clarksburg WV
           *(If federal court, name the district; if state court, name the county)*

       3.   Case Number: 119 CV 3

       4.   Basic Claim Made/Issues Raised: My shoulder and arm was injured at FCI morgantown and the warden stoped my medical treatments.

       5.   Name of Judge(s) to whom case was assigned: The Honorable Kleech

       6.   Disposition: Pending
           *(For example, was the case dismissed? Appealed? Pending?)*

       7.   Approximate date of filing lawsuit: Jan, 1, 2018

Attachment A

8.    Approximate date of disposition. Attach Copies: <u>Jan 1 2018</u>

C.    Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
☑ Yes       ☐ No

D.    If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought.

<u>I filed all of the administrative remedies but</u>
<u>the prison never helped me nor did the medical</u>
<u>staff do anything for me.</u>

E.    Did you exhaust available administrative remedies?
☑ Yes       ☐ No

F.    If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted.

<u>I wrote cop-outs to the medical staff asking for</u>
<u>them to help me then filed a BP-8 to medical</u>
<u>then a BP-9 to the warden then a BP-10 to the</u>
<u>Regional office then a BP-11 to central office</u>
<u>then filed the lawsuit</u>

G.    If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

1.    Parties to previous lawsuit:

Attachment A

Plaintiff(s): _____ ~~Michael~~ Michail Ray Fortuna _____

Defendant(s): FBOP mr. Hendrix, mrs Hoffman, mrs corbin mrs shaffer, mrs Kragan.

2. Name and location of court and case number:
US District Court Clarksburg WV
case # 1:19 cv3

3. Grounds for dismissal:  □ frivolous   □ malicious
□ failure to state a claim upon which relief may be granted

4. Approximate date of filing lawsuit: _Jan 1-2018_

5. Approximate date of disposition: _Jan 1-2018_

## V.  STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the facts of your case. Describe what each defendant did to violate your constitutional rights. **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph. **UNRELATED CLAIMS MUST BE RAISED IN SEPARATE COMPLAINTS WITH ADDITIONAL FILING FEES. NO MORE THAN FIVE (5)TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT. (LR PL 3.4.4)*

CLAIM 1: Wardon Hudgins is the overseer of the Staff here at Gilmer camp

Supporting Facts: Wardan Hudgins is the Boss, of the prison.

Attachment A

CLAIM 2: Dr. Anderson knew i was supose to be on a bottom bunk but he did nothing to move me until after i filed a BP-8

Supporting Facts: I fell and hurt myself and im still having alot of physical problems and Dr Anderson know i had a pin in my femer and my leg is numb and my shoulder and arm i cant use due to past injuries and ive had back surgery and its in my medical records along with my bottom bunk passes

CLAIM 3: P.A. wilson know i was supose to be on a bottom bunk because she wrote it her self and being my P.A. she knew all about my medical problems 2 or 3 months before i got to Gilmer camp so i should have been put on a bottom bunk when i first got here on June 4th 2019

Supporting Facts: mrs. wilson has my medical records and know i was coming here and never moved me to a bottom bunk ever after i told the Dr and several nurses i needed moved and i have the paperwork she sent me stating bottom bunk and after i fell i was put back on the same top bunk for another 6 day before they moved me,

CLAIM 4: Nurse Brehmer come to me on Aug 17th the day i fell and didnt do anything to help me, the inmates told him to call me an ambulence and even after i got back from the hospital he left me on the top bunk knowing i was knock unconscious and had a bad head injury and other medical problems.

Supporting Facts: I had to file a BP-8 to get moved to a bottom bunk

Attachment A

CLAIM 5: _____

Supporting Facts: _____

## VI.   INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages.

I fell climbing into the top bunk and hurt my right shoulder my lower back, my neck, my hip and i can't see out of my right eye because everything is still blurry

## VII.   RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*

I want medical treatment for the rest of my life for all of my injuries, I want 50 million for pain and suffering, future pain and suffering, future lost wages and earnings, future medical expenses, mental destress for now and in the future, and for the quality of life i have to live with due to my injuries now and in the future 45 million for punitive damages and $500 dollars aday for the rest of my life for not being able to enjoy life with my family or open up and run a business that i planed and for physical destress and emotional destress.

Attachment A

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.


Executed at _FCI Gilmer Camp_ on _9-15-19_ .
  (Location)            (Date)


_Michael Fortuna_
Your Signature